COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |
|---|---|
| § | No. 08-19-00070-CV |
| § | |
| IN THE INTEREST OF E.A.R., § | Appeal from |
| § | |
| A CHILD. § | 65th District Court |
| § | |
| § | of El Paso County, Texas |
| § | |
| § | (TC # 2017DCM5786) |
| § | |

## J U D G M E N T

The Court has considered the cause on the record and concludes that there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.